11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Lorenzo Meraz Davila,                     * From the 385th District Court
                                           of Midland County,
                                           Trial Court No. CR44032.

Vs. No. 11-19-00071-CV             * March 29, 2019

The State of Texas,                      * Per Curiam Memorandum Opinion
                                           (Panel consists of: Bailey, C.J.,
                                           Stretcher, J., and Wright, S.C.J.,
                                           sitting by assignment)
                                           (Willson, J., not participating)

     This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.